COMMONWEALTH *vs.* JOHN POWERS.

Worcester. October 5. — 6, 1877. ENDICOTT & LORD, JJ., absent.

At the trial of a complaint for keeping intoxicating liquors on a certain day with intent to sell the same, in violation of law, evidence of the condition of the room where the liquors were alleged to be kept, as to appointments and fixtures, at eight o'clock in the morning of the next day, is admissible.

COMPLAINT to the Central District Court of Worcester charging the defendant with keeping intoxicating liquors on April 25, 1877, with intent to sell the same, in violation of law.

Trial on appeal in the Superior Court, before *Allen*, J., who allowed a bill of exceptions, in substance as follows :

The government offered evidence to show the condition of the place in which the liquors were alleged to be kept, as to appointments and fixtures, at about eight o'clock in the morning of April 26, 1877. The judge admitted the evidence against the defendant's objection. The jury returned a verdict of guilty ; and the defendant alleged exceptions.

*J. Hopkins*, for the defendant.

*W. C. Loring*, Assistant Attorney General, for the Commonwealth.

BY THE COURT. Evidence of the condition of the room, as to appointments and fixtures, at eight o'clock in the morning of one day, was competent to be considered by the jury upon the question whether it was in the same condition on the day before. The only exception reserved is to the admissibility of this evidence, and to its sufficiency without other evidence tending to connect the defendant with the offence charged ; and the bill of exceptions does not show that such other evidence was not introduced. *Exceptions overruled.*